UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JASON SEDDON,

    Plaintiff,

v.

MAYTAG CORPORATION,

    Defendant.

Case No. 04-cv-4058-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Maytag Appliances – Herrin Laundry Products, a division of Maytag Corporation, named in the complaint as Maytag Corporation, and against plaintiff Jason Seddon, and that this case is dismissed with prejudice.

**DATED:  August 31, 2005**　　　　　　　　　　　**NORBERT JAWORSKI**

　　　　　　　　　　　　　　　　　　　　　　　　**s/ Judith Prock, Deputy Clerk**

**Approved:**　　_s/ J. Phil Gilbert_
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**